JOHN H. ROGAN, as Executor of PATRICK HALL, Deceased, Respondent, *v.* METROPOLITAN SAVINGS BANK, Defendant, and WILLIAM J. MOORE, as Administrator of the Estate of CATHERINE T. MOORE, Deceased, Appellant.

*Rogan* v. *Metropolitan Savings Bank*, 139 App. Div. 929, affirmed.
(Submitted February 15, 1911; decided March 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 18, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover possession of certain savings bank books alleged to constitute part of the estate of Patrick Hall, deceased.

*John T. Fenlon* and *John V. Judge* for appellant.

*James Kearney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, HISCOCK and COLLIN, JJ. Absent: HAIGHT, J.